~~SEALED~~

UNSEALED PER ORDER OF COURT
12/2/19 *dlo*

FILED

19 JAN 25 PM 5: 07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: VRC               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEHAD SERWAN MOSTAFA,<br>    aka "Ahmed Gurey,"<br>    aka "Ahmed,"<br>    aka "Anwar,"<br>    aka "Abu Anwar al Muhajir,"<br>    aka "Abu Abdallah al Muhajir,"<br><br>Defendant. | Case No. 09CR3726-WQH<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Sec. 2339A(a) – Conspiracy to Provide Material Support to Terrorists; Title 18, U.S.C., Sec. 2339B(a)(1) – Conspiracy to Provide Material Support to a Foreign Terrorist Organization; Title 18, U.S.C., Sec. 2339B(a)(1) – Providing Material Support to a Foreign Terrorist Organization; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The grand jury charges:

Count 1
(Conspiracy to Provide Material Support to Terrorists)

Beginning at a date unknown to the grand jury and continuing to at least in and about February 2017, defendant JEHAD SERWAN MOSTAFA, aka "Ahmed Gurey," aka "Ahmed," aka "Anwar," aka "Abu Anwar al Muhajir," aka Abu Abdallah al Muhajir," a national of the United States with a last known residence within the Southern District of California, did

SPH:CPH:nlv:San Diego:1/25/19

knowingly and intentionally conspire and agree with others, known and unknown to the grand jury, to provide material support and resources, namely, personnel including himself, knowing and intending that the material support and resources were to be used in preparation for and in carrying out violations of Title 18, United States Code, Sections 2332a(b) and 956(a), that is, conspiracy to use a weapon of mass destruction outside of the United States and conspiracy to kill, kidnap, maim or injure persons in a foreign country; all in violation of Title 18, United States Code, Section 2339A(a).

## Count 2
### (Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

Beginning on or about March 18, 2008, and continuing to at least in or about February 2017, defendant JEHAD SERWAN MOSTAFA, aka "Ahmed Gurey," aka "Ahmed," aka "Anwar," aka "Abu Anwar al Muhajir," aka Abu Abdallah al Muhajir," a national of the United States with a last known residence within the Southern District of California, did knowingly and intentionally conspire and agree with others, known and unknown to the grand jury, to provide material support and resources to al-Shabaab, which has been designated by the Secretary of State as a foreign terrorist organization since on or about February 26, 2008, to wit: to knowingly provide personnel including himself to work under al-Shabaab's direction and control, and to organize, manage, supervise, and otherwise direct the operation of al-Shabaab, knowing that al-Shabaab has been designated as a foreign terrorist organization, and knowing that al-Shabaab has engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

//

2

<u>Count 3</u>

(Providing Material Support to a Foreign Terrorist Organization)

From on or about March 18, 2008, and continuing to at least in or about February 2017, defendant JEHAD SERWAN MOSTAFA, aka "Ahmed Gurey," aka "Ahmed," aka "Anwar," aka "Abu Anwar al Muhajir," aka Abu Abdallah al Muhajir," a national of the United States with a last known residence within the Southern District of California, did knowingly provide material support and resources to al-Shabaab, which has been designated by the Secretary of State as a foreign terrorist organization since on or about February 26, 2008, to wit: to knowingly provide personnel including himself to work under al-Shabaab's direction and control, and to organize, manage, supervise, and otherwise direct the operation of al-Shabaab, knowing that al-Shabaab has been designated as a foreign terrorist organization, and knowing that al-Shabaab has engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1), and Title 18, United States Code, Section 2.

DATED:    January 25, 2019.

A TRUE BILL:

Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
SHANE P. HARRIGAN
Assistant U.S. Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

3