ROBERT S. BREWER, JR.
United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorney
California Bar Nos.: 115757/250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6981/6968
Fax: (619) 546-0831
Email:  shane.harrigan@usdoj.gov
        caroline.han@usdoj.gov

Attorneys for the United States

FILED

JAN 30 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MMb          DEPUTY

UNSEALED PER ORDER OF COURT
12/2/19 dLj

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEHAD SERWAN MOSTAFA, <br>   aka "Ahmed Gurey," <br>   aka "Ahmed," <br>   aka "Anwar,: <br>   aka "Abu Anwar al Muhajir," <br>   aka "Abu Abdallah al Muhajir," <br><br> Defendant. | Crim. Case No. 09cr3726-WQH <br><br> EX PARTE APPLICATION FOR ORDER TO UNSEAL THE SUPERSEDING INDICTMENT AND ARREST WARRANT FOR THE LIMITED PURPOSE OF DISCLOSURE/DISSEMINATION TO FOREIGN AUTHORITIES AND OTHER GOVERNMENT AGENCIES FOR LAW ENFORCEMENT PURPOSES <br><br> **(Filed Under Seal)** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Shane P. Harrigan and Caroline P. Han, Assistant United States Attorneys, hereby applies to the Court for an order to unseal the Superseding Indictment and Arrest Warrant for the limited purpose of disclosing the existence of or disseminating the indictment and arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the

cc: W/QH Chambers, AVSA Shane Harrigan

11RMC

defendant Jehad Serwan Mostafa ("defendant") or to secure the defendant's arrest, extradition or expulsion.

In support of this application, the United States alleges and states the following:

1. On January 25, 2019, a federal grand jury for the Southern District of California handed up a sealed Superseding Indictment charging defendant with: Conspiracy to Provide Material Support to Terrorists, in violation of Title 18, United States Code, Section 2339A(a); Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1); Providing Material Support to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1); and Aiding and Abetting, in violation of Title 18, United States Code, Section 2. On that same day, United States Magistrate Judge William V. Gallo ordered the issuance of a sealed Warrant for Arrest based on the Superseding Indictment.

//
//
//
//
//
//
//
//
//
//

2

09cr3276-WQH

2.   The defendant is a United States citizen, who is believed to be residing in Somalia, and has not yet been arrested on the sealed Superseding Indictment.   To aid in the apprehension, extradition, and prosecution of the defendant, the United States desires to disclose the existence of and disseminate the sealed Superseding Indictment and Warrant for Arrest to relevant foreign, intergovernmental, and United States authorities, as needed, while maintaining the Indictment and arrest warrant as filed under seal with the Court.

DATED: January 29, 2019

ROBERT S. BREWER, JR.
United States Attorney

SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys

09cr3276-WQH